UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20300-CR-MARTINEZ/BECERRA-1

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ARMANDO ANTONIO SUMOZA-PADRON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Jacqueline Becerra on September 21, 2022 [DE: 29] at the request of the Defendant, the Defendant's Attorney, and the Assistant United States Attorney assigned to this case. A Report and Recommendation was filed on September 23, 2022, recommending that the Defendant's plea of guilty be accepted [DE: 33]. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 33] of United States Magistrate Judge Jacqueline Becerra, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Counts I of the Indictment. Count I Charges Defendant with conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). The Defendant acknowledged

that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter on **Tuesday, November 29, 2022, at 11:00 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, United States Courthouse, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of ~~September~~ October, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Jacqueline Becerra
All Counsel of Record
U.S. Probation Office